**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0211

**McCALLUM HOAGLUND COOK & IRBY, LLP**
Charles A. McCallum, Esq.
R. Brent Irby, Esq.
2062 Columbiana Road
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

Attorneys for Plaintiff and the Class

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE MCCULLOUGH, on behalf of herself and all others similarly situated, | Case No. _____ |
| Plaintiff, | |
| v. | |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation | **CERTIFICATE OF NON-ARBITRABILITY** |
| Defendants. | |

I, Joseph J. DePalma, of full age, hereby certify that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated: April 10, 2007

_[signature]_
Joseph J. DePalma, Esq.

131928 v1