# United States District Court
## DISTRICT OF NEW JERSEY

### SUMMONS IN A CIVIL ACTION

MICHELE MCCULLOUGH, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation

        Defendants.

07cv1710(NLH)

TO: (Name Address of Defendant)

**MENU FOODS HOLDINGS, INC.**
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**      4/13/07
CLERK                     DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

Dockets.Justia.com

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE |
| NAME OF SERVER (PRINT) || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

**SUMMONS IN A CIVIL ACTION**

MICHELE MCCULLOUGH, on behalf of
herself and all others similarly situated,

07cv1710 (NLH)

Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation

Defendants.

TO: (Name Address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**         4/13/07
CLERK                                          DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| | Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
_____

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

**SUMMONS IN A CIVIL ACTION**

MICHELE MCCULLOUGH, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation

        Defendants.

07CV 1710 (NLH)

TO: (Name Address of Defendant)

**MENU FOODS MIDWEST CORPORATION**
1400 E Logan Ave
Emporia, KS, 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**
CLERK

4/13/07
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[2] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

MICHELE MCCULLOUGH, on behalf of
herself and all others similarly situated,

07cv1710(NLH)

Plaintiff,

v.

MENU FOODS INCOME FUND,
MENU FOODS, INC., a New Jersey corporation,
MENU FOODS HOLDINGS, INC., and
MENU FOODS MIDWEST CORPORATION,
a Delaware corporation

Defendants.

TO: (Name Address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH       4/13/07

CLERK                                    DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____     _____
             *Date*            *Signature lf Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.