Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Income Fund, Menu Foods, Inc.,
Menu Foods Holdings, Inc. and
Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE MCCULLOUGH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Action No.: 07-cv-1710 (NLH)<br><br>ORDER |

THIS MATTER being presented to the Honorable Noel L. Hillman of the United States

District Court for the District of New Jersey by Gerard H. Hanson, Esq. on behalf of Hill

Wallack, attorneys for the moving party defendants; and the court having considered the papers

submitted, and for good cause being shown:

Dockets.Justia.com

IT IS on this _____ day of May, 2007 hereby ORDERED that this lawsuit is stayed pending the decision by the Judicial Panel on Multidistrict Litigation with respect to pending Motions to Transfer and Consolidate lawsuits identified as the "Pet Food Product Liability Litigation," bearing MDL Docket 1850.

 

 

_____
Noel L. Hillman, Judge
United States District Court